**Electronically Filed
Supreme Court
SCWC-13-0000061
30-JUN-2015
07:45 AM**

SCWC-13-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

PATRICK DEGUAIR, JR., Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000061; CR. NO. 08-1-0773)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee the State of Hawaii's application for writ of certiorari filed on May 18, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 30, 2015.

James M. Anderson           /s/ Mark E. Recktenwald
for petitioner
                            /s/ Paula A. Nakayama
Dwight C.H. Lum
for respondent              /s/ Sabrina S. McKenna

                            /s/ Richard W. Pollack

                            /s/ Michael D. Wilson

